# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1579
LT Case No. 2018-31051-CICI

_____

LYNETTA STENSON,

    Appellant,

    v.

SEAN B. OGLE, ESQ., as
PERSONAL REPRESENTATIVE of
the ESTATE of ANDREW MCEWEN
and LYNNE B. MEINHOLD,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Kansas R. Gooden, of Boyd & Jenerette, P.A., Miami, and Lara J.
Edelstein, of Boyd & Jenerette, P.A., Boca Raton, for Appellee.

July 2, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and SOUD and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____